DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LLOYD RUNCIE** and **VALERIE T. RUNCIE,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT 2004-22CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-22CB,**
Appellee.

No. 4D2023-1639

[July 18, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Roger B. Colton, Judge; L.T. Case No. 502019CA002406.

Lloyd Runcie and Valerie T. Runcie, Royal Palm Beach, pro se.

Adam A. Diaz of Diaz Anselmo & Associates P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., MAY and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***